IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| RIVERFORKS IMPORTS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: _____ |
| JOSE SOMOZA, et.al. | ) 1:05cv422-W |
| Defendant. | ) |

RECEIVED
2005 MAY -6 A 10: 19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF REMOVAL

Pursuant to **28 U.S. C.§§1332, 1441&1446**, the Defendant hereby files this Notice of Removal of said action from the Circuit Court of Geneva County, Alabama, to the United States District Court for the Middle District of Alabama. As grounds for this removal, Defendant states as follows:

1. Plaintiff, Riverforks Imports, Inc. filed this action on April 8, 2005, asserting seven counts against Defendant, Jose Somoza. (A copy of the Complaint is attached hereto as Exhibit A.)

I. **There is Complete Diversity Between Plaintiff and the Defendant.**

1. **Plaintiff, Riverforks Imports Inc., is a Corporation Organized in the State of Alabama, incorporated under the laws of the State of Alabama with its principal place of business in the State of Alabama.**

2. **Defendant, Somoza, is a resident citizen of the State of Florida.**

3. **There exists complete diversity among the Plaintiff and Defendant. Pursuant to 28 U.S.C.§1446(b), this Notice of Removal is being filed within thirty(30)days after the case became removable.**

II. **The Amount in Controversy Exceeds the Jurisdictional Amount.**

4. Plaintiff alleges in all counts $349, 127.98 compensatory damages plus interest and punitive damages.(Complaint, Ex. A).

5. Plaintiff's Complaint for damages exceeds $75,000.00.

6. Defendant has met its burden of showing that the amount in controversy exceeds the jurisdictional amount in controversy requirement.

7. Pursuant to 28 U.S.C.§1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court for Geneva County, Alabama, and served on all parties to this action.

Roger C. Appell(APP002)
2015-1st Ave. North
Birmingham, Alabama 35203