IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA RECEIVED

|  |  |  |
|---|---|---|
| RIVER FORKS IMPORTS, INC. | ) | 2005 MAY -6  A 10: 09 |
|  | ) |  |
| Plaintiff, | ) | DEBRA P. HACKETT, CLK |
|  | ) | U.S. DISTRICT COURT |
| v. | ) | MIDDLE DISTRICT ALA |
|  | ) | Civil No.: CV-05-48M |
|  | ) | 1:05cv 422-T |
| JOSE SOMOZA, et. al., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

### NOTICE OF FILING DEFENDANT'S NOTICE OF REMOVAL

Please take notice that Defendant has filed in the United States District Court for the Southern District of Alabama, a Notice of Removal of this action to federal court. Pursuant to **28 U.S.C..§1441** and the Notice of Removal, this action has been removed to the United States District Court for the Southern District of Alabama, MiddleDivision. Notice of filing of Defendants' Notice of Removal (a copy of which is attached as Exhibit I.) is hereby given to this Court in accordance with 28 U.S.C..§1446 (d).

DATED: May      , 2005

_____
Roger C. Appell
Attorney for Defendant

OF COUNSEL:
Roger C. Appell
2015-1st Ave. North
Birmingham, AL. 35203
(205)252-9462

## CERTIFICATE OF SERVICE

I hereby certify that I have served, by United States Mail, postage prepaid and properly and addressed, a true and correct copy of the above and foregoing upon all counsel to this proceeding this the ____ day of May, 2005.

Jeffery D. Hatcher
P.O.Box 369
Geneva, AL. 36340-0369

_____
Roger C. Appell