IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

RIVERFORKS IMPORTS, INC. )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 1:05cv422-T
)
JOSE SOMOZA, et. al )
)
Defendant. )
)

## ANSWER

**COMES NOW** the Defendant, Jose Somoza and for answer to the Plaintiff's Complaint, states the following:

1. The Plaintiff has stated numerous facts under the heading of **"STATEMENT OF FACTS"**. The Defendant cannot respond to each sentence, most of which are incorrect. Therefore, the Defendant denies each material allegation stated in the **"STATEMENT OF FACTS"** and demands strict proof.

2. Under **COUNT ONE, CONVERSIONS**, the DEFENDANT responds as follows:

   1. Denied.

   2. Denied.

   3. Denied.

   4. Denied.

   5. Denied.

   6. Denied.

3. Under **COUNT TWO, "BREACH OF CONTRACT"**, the DEFENDAN T states as follows:

7. No response is required, but if one is required, the allegations are denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

4. Under **COUNT THREE "NELEGENCE"**, the DEFENDANT states as follows:

16. Same as #7 above: No response is required, but if one is required, the allegations are denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

5.  Under **COUNT FOUR, "FRAUD AND MISREPRESENTATION"**, the DEFENDANT states as follows:

  21. Same as #7: No response is required, but if one is required, the allegations are denied.

  22. Denied.

  23. Denied.

  24. Denied.

  25. Denied.

  26. Denied.

6.  Under **COUNT FIVE, "ACCOUNT STATED",** the DEFENDANT states as follows:

  27. Same as #7: No response is required, but if one is required, the allegations are denied.

  28. Denied.

  29. Denied.

  30. Denied.

  31. Denied.

  32. Denied.

7. Under **COUNT SIX, "OPEN ACCOUNT"**, the DEFENDANT states as follows:

33. Same as #7: No response is required, but if one is required, the allegations are denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

8. Under **COUNT SEVEN, "WRONGFUL DETENTION BY BAILEE"**, the DEFENDANT states as follows:

38. Same as #7: No response is required, but if one is required, the allegations are denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

*/s/ Roger C. Appell*
ROGER C. APPELL(APP002)
2015-1st Avenue North
Birmingham, Alabama 35203

## CERTIFICATE OF SERVICE

      I certify that I have served, by United States Mail, postage prepaid and properly and addressed, a true and correct copy of the above and foregoing upon all counsel to this proceeding this the 5th day of May, 2005.

**Jeffery D. Hatcher**
**P.O. Box 369**
**Geneva, Alabama 36340--0369**

Roger C. Appell(APP002)