IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Riverforks Imports, Inc. ) | |
| ) | |
|     Plaintiff, ) | |
| v. ) | CASE NO. 1:05CV422-T |
| ) | |
| Jose Somoza ) | |
| ) | |
|     Defendant ) | |

**O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Susan Russ Walker for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE, this the 16th day of May, 2005.

                                                  /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE