**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | |
|---|---|
| **RIVERFORKS IMPORTS, INC.,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05cv422-T |
| ) | |
| **JOSE SOMOZA, et al.,** ) | |
| Defendant. ) | |

## MOTION TO STAY PROCEEDING PENDING DISPOSITION OF CRIMINAL PROSECUTION

**COMES NOW,** the Defendant, Jose Somoza, and moves this Honorable Court to stay the above case in its entirety including all discovery pending final disposition of criminal proceedings based entirely on the same alleged conduct. As grounds for said motion the following is submitted:

1. This Defendant, Jose Somoza, is presently a criminal defendant in the Circuit Court of Geneva County Case No: CE 04-438. The indictment in Geneva County is based on an allegation that this Defendant has deprived Ron Thames and /or Riverforks Imports, Inc. of certain property in excess of $1000.00 in violation of 13A-8-3, Code of Alabama, 1975. Said violation is generally called "Theft by deception".

2. The State of Alabama have provided to Defendant, Jose Somoza, in the above criminal case discovery which is identical to the **Exhibit "A"** attached to the complaint filed in this pending case.

3. The allegations in this case are identical to the allegations in the criminal proceedings now pending in the Circuit Court of Geneva County Criminal Division.

4. The Defendant, Jose Somoza, has a constitutional right not to be required to give testimony against himself, including depositions, interrogatories and production of documents while an identical criminal charge based on the same alleged conduct is still pending.

5. The Defendant, Jose Somoza, requests that this Honorable Court stay these proceedings pending a final disposition of the criminal proceedings in the State Court Criminal Case.

*/s/ Roger C. Appell*
Roger C. Appell(App002)
2015-1st Avenue North
Birmingham, Alabama 35203
(205)252-9462

## CERTIFICATE OF SERVICE

I certify that I have served, by the United States Mail, postage prepaid and properly and addressed, a true and correct copy of the above and foregoing upon all counsel to this proceeding this the 17th day of May, 2005.

Jeffrey D. Hatcher
P.O. Box 369
Geneva, Alabama 36340

*/s/ Roger C. Appell*
Roger C. Appell(APP002)
2015-1st Avenue North
Birmingham, Alabama 35203
(205)252-9462