IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RIVERFORKS IMPORTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV422-T |
| | ) | |
| JOSE SOMOZA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the motion to stay (Doc. # 6) filed by defendant on May 18, 2005, it is

ORDERED that plaintiff may respond to the motion on or before May 27, 2005.

Done, this 20th day of May, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE