IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RIVERFORKS IMPORTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05CV422-T |
| | ) |
| JOSE SOMOZA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that defendant's motion to stay (Doc. # 6) is GRANTED. This action is STAYED pending resolution of the criminal charges against defendant. The parties are DIRECTED to notify this court within thirty days of any action by the state court resolving the criminal proceedings against defendant.

DONE, this 17th day of June, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE