IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RIVERFORKS IMPORTS, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:05cv422-T |
| | ) |
| JOSE SOMOZA, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that the parties are DIRECTED to show cause, on or before December 1, 2005, why the stay of this action should not be lifted.

Done, this 22nd day of November, 2005.

                                                /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE