IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RIVER FORKS IMPORTS, INC, | ) |
| Plaintiffs, | ) |
| vs. | ) 1:05-CV-422-T |
| JOSE SOMOZA, | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

COMES NOW, Jason R. Eubanks, Attorney at Law and hereby gives notice to this Honorable Court of his entry of appearance as Co-Counsel for the above named Plaintiff, River Forks Imports, Inc.

Respectfully submitted this the 4th day of January, 2005.

HOLMES AND EUBANKS

_____
Jason R. Eubanks (EUB004)
Attorney for Defendant
P.O. Box 1180
Slocomb, Alabama 36375
(334) 886-3123

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was delivered to the following, via U.S. Mail Postage Prepaid, this 4th day of January, 2005.

Mr. Roger Appell, Esq.
Attorney for Defendant
2015 – 1st Avenue North
Birmingham, Alabama 35203

_____
Jason R. Eubanks