IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Riverforks Imports, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:05cv422-MHT |
| | ) | |
| Jose Somoza, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

It is hereby ORDERED that this court's order (Doc. 5) dated May 16, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

          /s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE