IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RIVER FORKS IMPORTS, INC., )<br>  )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>JOSE SOMOZA, )<br>  )<br>    Defendant. )<br>  ) | Civil Action No.: 1:05-cv-422-WKW |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held by telephone on and was attended by:

   Jason R. Eubanks for plaintiff
   Roger Appell for defendant

2. Pre-Discovery Disclosures. The parties will exchange by **March 1, 2006** the information required by Fed. R. Civ. P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

   Discovery will be needed on all counts in the complaint, however, it is anticipated that discovery will be limited following the initial disclosures.

   All discovery commenced in time to be completed by **July 31, 2006**.

   Maximum of 25 interrogatories by each party to any other party.

   Maximum of 15 requests for admission by each party to any other party.

   Maximum of 10 depositions by plaintiff and 10 depositions by defendant.

   No time limit for depositions.

Reports from retained experts under Rule 26(a)(2) due: from plaintiff by May 30, 2006 and from defendant by April 30, 2006.

4. The parties do not request a conference with the court before entry of the scheduling order.

5. The parties request a pretrial conference on August 22, 2006.

6. Plaintiff should be allowed until May 29, 2006 to join parties and amend the pleadings.

   Defendant should be allowed until June 19, 2006 to amend the pleadings.

7. All potentially dispositive motions should be filed by July 14, 2006.

   Settlement cannot be evaluated prior to completion of some discovery.

8. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due are due: 45 days before trial by Plaintiff and Defendant.

9. Parties should have 15 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

10. The case should be ready for trial by October 9, 2006, and at this time is expected to take approximately 2 days.

Respectfully submitted,

_____
Mr/Roger Appell, Esq.
Attorney for Defendant
2015 – 1st Avenue North
Birmingham, Alabama 35203

_____
JASON R. EUBANKS(EUB004)
HOLMES & EUBANKS
Attorney for Plaintiff
P.O. Box 1180
Slocomb, AL 36375

2