IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| River Forks Imports, Inc., | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 1:05-CV-422-T |
| Jose Somoza, | ) |
| Defendant. | ) |

RECEIVED

2006 MAR 24  P 4: 19

## MOTION TO WITHDRAW

Comes now the undersigned attorney of record for the above named individual and moves this Honorable Court to allow him to withdraw from any further representation of the Defendant. As grounds for said motion, the following is submitted:

1. The undersigned on numerous occasions has requested certain information from the Defendant in order to be able to properly prepare and represent the Defendant.

2. There has been a total breakdown in communication between the undersigned and his client to the point that it would be in the best interest of the undersigned and the Defendant that he seek other counsel to represent him.

3. There will be no prejudice to the Plaintiff or delay to the disposition of the above.

WHEREFORE, PREMISES CONSIDERED, the undersigned requests that he be allowed to withdraw from further representation of the Defendant.

_____
Roger C. Appell (APP002)
301-19th Street North
Birmingham, AL 35203
(205) 252-9462

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Jason Eubanks, Esq., P.O. Box 1180, Slocomb, Alabama 36375 and Mr. Jose Somoza, 2701 N.W. 107th Avenue, Miami, Florida 33172 by placing copies of same in the U.S. mail on this the 31st day of January, 2006.

_____
Roger C. Appell