IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RIVERFORKS IMPORTS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSE SOMOZA )<br>)<br>Defendant. ) | CASE NO.1:05-CV-422-WKW |

## **O R D E R**

Upon consideration of the Motion to Withdraw as counsel (doc. #16) filed on March 24, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 28th of March, 2006.

                /s/ W. Keith Watkins
              UNITED STATES DISTRICT JUDGE