Jose Somoza
10773 NW 58th St.
Suite 362
Doral, FL. 33178

from Debbie Venable
Rec'd from Will Lewis 11/16/06
Re-Serve Orders for dft.
at this address per D.V.