December 14, 2006



RECEIVED

2006 DEC 18 A 10: 23

DEBRA P. HACKETT,
U.S. DISTRICT COURT
MIDDLE DISTRICT A...

Hon. Judge W. Keith Watkins
United States Courthouse
One Church Street F-300
Montgomery, AL 36104-4018

Re:    Case No. 1:05-cv-422-WKW

Honorable Judge Watkins:

I have received the order on Case No. 1:05-cv-422-WKW on Wednesday December 13, 2006. I respectfully request an extension in order to secure proper representation. I am in the process of acquiring services from an attorney in the state of Alabama.

I request at least two weeks in order to prepare my defense.

I would like to thank you for your cooperation and understanding on this matter.


Respectfully,
Jose Somoza
10773 NW 58th Street
PMB 362
Doral, FL 33178