IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RIVERFORKS IMPORTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-cv-422-WKW |
| | ) | |
| JOSE SOMOZA, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the pro se defendant's motion for an extension to secure representation (Doc. # 20), it is ORDERED that the plaintiff shall show cause **on or before December 29, 2006**, why the motion should not be granted.

DONE this 20th day of December, 2006.

　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE