IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RIVER FORKS IMPORTS, INC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 1:05-CV-422-WKW |
| | ) |
| JOSE SOMOZA, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO SHOW CAUSE

COMES NOW, the Plaintiff, River Forks Imports, Inc., by and through its undersigned attorney, Jason R. Eubanks, and shows cause as to why Defendants motion should not be granted and states as follows:

1. Defendant has been without counsel for several months and has had sufficient time to secure "proper representation."
2. If Defendant is allowed to obtain counsel at this late date, there will certainly be requests for extensions to the scheduling order, either requested by Defendant's Counsel or potentially Plaintiff's Counsel, which will prejudice the Plaintiff.
3. The deadlines for discovery have passed without any communication or cooperation from the Defendant.
4. The granting of Defendant's motion will essentially result in the trial date being continued, which will greatly prejudice the Plaintiff.

WHEREFORE, Plaintiff requests that the Defendant's request be denied.

Respectfully submitted this the 27th day of December, 2006.

HOLMES AND EUBANKS

Jason R. Eubanks (EUB004)
Attorney for Plaintiff
P.O. Box 1180
Slocomb, Alabama 36375
(334) 886-3123

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion was delivered to the following, via U.S. Mail Postage Prepaid, this 27th day of December, 2006.

Mr. Jose Somoza
10773 NW 58th Street
PMB 362
Doral, Florida 33178

Jason R. Eubanks