IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RIVERFORKS IMPORTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-cv-422-WKW |
| | ) | |
| JOSE SOMOZA, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the pro se defendant's motion for an extension to secure representation (Doc. # 20), it is ORDERED that the motion is GRANTED. The defendant shall file written notice with the court **on or before February 12, 2007**, regarding the status of his efforts to obtain new counsel.

It is further ORDERED that this action is REMOVED from the January 29, 2007 Dothan trial docket. All remaining dates and deadlines, including the trial date, are continued generally until further order of the court.

The Clerk of the Court is DIRECTED to send, via registered mail, a copy of this order to the defendant at his address of record.

DONE this 16th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE