**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **RIVERFORKS IMPORTS, INC.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )     **CASE NO. 1:05-cv-422-WKW** |
| | ) |
| **JOSE SOMOZA,** | ) |
| | ) |
|     **Defendant.** | ) |

**ORDER**

The parties are ORDERED to show cause in writing on or before **June 15, 2007**, why this action should not be dismissed for want of prosecution.

DONE this 4th day of June, 2007.

                                        /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE