**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 15, 2007

# NOTICE OF CORRECTION

**From:**           Clerk's Office

**Case Style:**     Riverforks Imports, Inc.

**Case Number:**    #1:05-cv-00422-WKW

**Referenced Document:** Document #26
Response to Order to Show Cause

**This notice has been docketed to enter the signed certificate of service to the referenced document into the record. The original pdf did not contain a signature on the certificate of service. The corrected pdf is attached to this notice.**