IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DIVISION

| | |
|---|---|
| RIVER FORKS IMPORTS, INC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs ) | Case No.1:05- CV-422WKW |
| ) | |
| ) | |
| JOSE SOMOZA, ) | |
| ) | |
| Defendant. ) | |

## RESPONSE TO SHOW CAUSE ORDER

COMES NOW, the Plaintiff, by and through its undersigned attorney, and hereby files this Response to the Court's Order to Show Cause, (Doc. #25), as to why this matter should not be dismissed and in support thereof, states as follows:

1. This matter was set for trial on January 29, 2007 and Plaintiffs did appear at a pre-trial hearing which the Defendant failed to show.

2. Despite not showing for the pre-trial conference, the Defendant filed a Motion for Extension to Secure Representation, (Doc. #20), on or about January 16, 2007.

3. The Plaintiff filed a response to this Motion (Doc. #22) requesting that this be denied due to the fact that the Defendant had ample opportunity to have hired counsel.

4. The Defendant's Motion for Extension was granted and the case was removed from the trial docket on January 29, 2007.

5. The Plaintiff was ready for trial on that date and continues ready for trial on the case.

6. The Plaintiff is in the process of preparing a Motion for Summary Judgment with supporting Brief and the same should be filed within the next ten (10) days.

WHEREFORE, the Plaintiff respectfully requests that this matter be reset for a trial date.

Respectfully submitted this 14th day of June, 2007.

HOLMES AND EUBANKS

Jason R. Eubanks (EUB004)
Attorney for Plaintiff
PO Box 1180
Slocomb, Alabama 36375
(334) 886-3123

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was delivered to the following via U.S. Postage Prepaid, this the 14th day of June, 2007.

Jose Somoza
10773 NW 58th Street
Suite 362
Doral, FL 33178

Jason R. Eubanks