IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DIVISION

| | |
|---|---|
| RIVER FORKS IMPORTS, INC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs ) | Case No.1:05- CV-422WKW |
| ) | |
| ) | |
| JOSE SOMOZA, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR SUMMARY JUDGMENT

**COMES NOW,** the Plaintiff, RIVER FORKS IMPORTS, INC., by and through their undersigned attorney, Jason R. Eubanks, pursuant to Rule 56 of the Federal Rules of Civil Procedure and moves this Honorable Court for entry of Summary Judgment in Plaintiff's favor and against the Defendant, JOSE SOMOZA, in the sum of $349,127.98, for furniture and other items on warehouse consignment sold and not paid for.

Plaintiff states that there is no genuine issue as to any material fact and that Plaintiff is entitled to a Judgment as a matter of law.

This Motion is supported by the Statement of Facts set out below and the Affidavit of Ron Thames, manager of River Forks Imports, Inc., attached hereto as Exhibit "A".

WHEREFORE, Plaintiff prays that this Honorable Court will grant its Motion and enter Judgment in its favor and against the Defendant, JOSE SOMOZA in the sum of $349,127.98, for furniture and other items on warehouse consignment sold and not paid for plus Court costs.

Respectfully submitted this 17th day of October, 2007.

HOLMES AND EUBANKS

Jason R. Eubanks (EUB004)
Attorney for Plaintiff
PO Box 1180
Slocomb, Alabama 36375
(334) 886-3123

## NARRATIVE SUMMARY OF FACTS

The Plaintiff sold and delivered goods to the Defendant on warehouse consignment. The Defendant owes the balance of $349,127.98 for furniture and other items on warehouse consignment sold and not paid for. (See Exhibit "A").

Jason R. Eubanks

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have served a copy of the foregoing on the following on this 17th day of October, 2007, by sending a copy of same by First Class U.S. Mail, postage prepaid and properly addressed.

Jose Somoza
10773 NW 58th Street, Suite 362
Doral, FL 33178

Jason R. Eubanks

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DIVISION

| | |
|---|---|
| RIVER FORKS IMPORTS, INC,<br>Plaintiffs, | )<br>)<br>) |
| Vs. | ) Case No.1:05-CV-422WKW<br>) |
| JOSE SOMOZA,<br>Defendant, | )<br>)<br>) |

### AFFIDAVIT

Before me, the undersigned Notary Public, in and for said County and said State, personally appeared Ron Thames, and after being duly sworn under oath by me deposes and states as follows:

1. That River Forks Imports, Inc. doing business at 500 South Greenwood Street, Geneva, Alabama 36340, entered into an oral agreement and opened an account with Jose Somoza who operated Geneva Imports located at 1950 Northwest 15th Street, Baycee Pompano Beach, Florida 33069. River Forks Imports, Inc. began delivering on or about September of 1998, with an oral agreement of container and warehouse consignments for the sale of furniture and other property of River Forks Imports, Inc. The total amount of <u>consignment container</u> charges in aggregate totaled Five Hundred Seventy Two Thousand Nine Hundred Fourteen Dollars and Sixteen Cents ($572,914.16). Partial <u>container consignment</u> payments were made by Jose Somoza, with the first payment being made on or about December 1998, and the last payment was made on or about February 25, 2000. (payments were periodically made). The total amount paid by Jose Somoza to River Forks Imports, Inc. was Three Hundred Thirty Three Thousand Eight Hundred and Forty Five Dollars and Twenty Two Cents ($333,845.22) the total amount <u>due</u> to River Forks Imports, Inc. from Jose Somoza for <u>container consignment</u> payments is Two Hundred Thirty Nine Thousand Sixty Eight Dollars and Ninety Four Cents ($239,068.94) for his failure to remit funds or return unsold products.

2. That River Forks Imports, Inc. and Jose Somoza were in an agreement on warehouse consignments. River Forks Imports, Inc. provided a total of One Hundred Thirty Eight Thousand One Hundred Sixty Five Dollars and One Cents ($138,165.01) on furniture and other items on <u>warehouse consignment</u> to Jose Somoza who remitted payments towards said debt in the amount of Twenty Eight Thousand One Hundred Five Dollars and Ninety Seven Cents ($28,105.97) leaving a balance <u>due</u> to River Forks Imports, Inc. in the amount of One Hundred Ten Thousand Fifty Nine Dollars and Four Cents ($110,059.04) for his failure to remit monies or return unsold furniture.

3. That Jose Somoza entered into a **payback agreement** for the previous facts as set forth by relocating to Geneva, Alabama and beginning employment with River Forks Imports, Inc. in Geneva, Alabama of which he agreed to pay Five Thousand Dollars and No One Hundreds ($5,000.00) per month toward said debt. The last payment received from Jose Somoza on behalf of this debt was February 25, 2002 in the amount of Three Thousand Dollars and No One Hundreds ($3,000.00). Jose Somoza, on the third day of October, 2001, without prior notice, notified River Forks Imports, Inc. of his resignation by fax and has made no payments or arrangements to make payments to River Forks Imports, Inc.

4. That the total combined balance due from Jose Somoza to River Forks Imports, Inc. in the amount of **Three Hundred Forty Nine Thousand One Hundred Twenty Seven Dollars and Ninety Eight Cents ($349,127.98).**

5. That I am the manager of River Forks Imports, Inc. and I make this Affidavit based upon my personal knowledge, I know and hereby state that the law firm of HOLMES AND EUBANKS, P.C. serves as counsel for River Forks Imports, Inc., Plaintiff in this case, and the present action is a suit for Breach of Contract in that the Defendant has defaulted under the terms of a Payment Agreement by failure to make proper payment.

6. Numerous unsuccessful efforts were made to resolve this matter without litigation. Such fruitless efforts lead to instant litigation and it is likely that post-judgment action will be necessary to collect the judgment against the Defendant.

**FURTHER AFFIANT SAITH NOT**

_____
Ron Thames

**STATE OF ALABAMA**
**COUNTY OF GENEVA**

Before me, the undersigned authority, personally appeared Ron Thames, whose name is signed to the foregoing Affidavit, and who is known to me, acknowledged before me on this day that being informed of the contents of the same, he executed the same voluntarily on the day the same bears date.

This the 10 day of October, 2007.

_____
Notary Public
My Commission Expires: 6-02-08