IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Southern__ DIVISION

RIVERFORKS IMPORTS, INC )
)
Plaintiff, )
)
v. ) CASE NO. 1:05-CV-422WKW
)
JOSE SOMOZA )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW RIVERFORKS IMPORTS, IN, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☑ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                              Relationship to Party

_____                    _____

_____                    _____

_____                    _____

10-25-07                                       (Signature) Jason R. Eubanks
Date                                           
                                               Jason R. Eubanks
                                               (Counsel's Name)
                                               Riverforks Imports, Inc.
                                               Counsel for (print names of all parties)
                                               PO Box 1180
                                               Slocomb, Alabama 36375
                                               Address, City, State Zip Code
                                               334-886-3123
                                               Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>SOUTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, JASON R. EUBANKS, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. MAIL (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 24 day of OCTOBER 20 07, to:

JOSE SOMOZA, 10773 NW 58TH STREET, STE 362, DORAL FLORIDA 33178

10-25-07
Date

*/s/ Jason R. Eubanks*
Signature