IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RIVER FORKS IMPORTS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOSE SOMOZA, )<br>)<br>Defendant. ) | CASE NO. 1:05-cv-422-WKW<br>(WO) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

Judgment is entered in favor of the plaintiff River Forks Imports, Inc. and against the defendant Jose Somoza in the amount of $349,127.98, plus costs, for which let execution issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 30th day of November, 2007.

                                                  /s/ W. Keith Watkins
                                                  UNITED STATES DISTRICT JUDGE